PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-0319 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| RICARDO SANCHEZ, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Whitnee Goins to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: December 14, 2023

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3