HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RICARDO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>RICARDO SANCHEZ<br><br>                  Defendant. | Case No.  2:23-cr-00319-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  March 11, 2024<br>Time:   9:00 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ricardo Sanchez, that the status conference scheduled for January 29, 2024, be continued **March 11, 2024, at 9:00 a.m.**

The parties are actively seeking to resolve the case, and the defense requires additional time to complete the review of discovery and engage in plea negotiations once an initial offer is received.  Additionally, the defense is conducting ongoing investigation and engaging in reciprocal exchange of discovery.  The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case.

1   Accordingly, the parties request that the status conference in this matter be reset for
2   March 11, 2024. The parties agree that the ends of justice served by resetting the status
3   conference date outweigh the best interest of the public and the defendant in a speedy trial.
4   Therefore, the parties agree that time is excludable from January 29, 2024, through March 11,
5   2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: January 22, 2024                     Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RICARDO SANCHEZ


                                            PHILLIP A. TALBERT
                                            United States Attorney

Dated: January 22, 2024                      */s/ Whitnee Goins*
                                            WHITNEE GOINS
                                            Assistant United States Attorneys
                                            Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for January 29, 2024, at 9:00 a.m. is continued to **March 11, 2024, at 9:00 a.m.** The time period between January 29, 2024 and March 11, 2024 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 23, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE