HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RICARDO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO SANCHEZ <br><br> Defendant. | Case No. 2:23-cr-00319-WBS <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME <br><br> Judge: William B. Shubb <br> Date:  March 11, 2024 <br> Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ricardo Sanchez, that the status conference scheduled for March 11, 2024, be continued **June 24, 2024, at 9:00 a.m.**

Defense counsel requires additional time to complete the review of discovery and investigation. The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the defendant to determine how best to proceed in this case.

Accordingly, the parties request that the status conference in this matter be reset for June 24, 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties

agree that time is excludable from March 11, 2024 through June 24, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: March 6, 2024             Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RICARDO SANCHEZ


                                            PHILLIP A. TALBERT
                                            United States Attorney

Dated: March 6, 2024              */s/ Whitnee Goins*
                                            WHITNEE GOINS
                                            Assistant United States Attorneys
                                            Attorneys for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for March 11, 2024, at 9:00 a.m. is continued to **June 24, 2024, at 9:00 a.m.**  The time period between March 11, 2024 and June 24, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE