1  PHILLIP A. TALBERT
   United States Attorney
2  WHITNEE GOINS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00319-WBS
12 |             Plaintiff,    | STIPULATION AND ORDER TO CONTINUE
                               | STATUS CONFERENCE AND EXCLUDE TIME
13 |       v.                  |
                               | DATE: June 24, 2024
14 | RICARDO SANCHEZ           | TIME: 9:00 a.m.
                               | COURT: Hon. William B. Shubb
15 |             Defendant.    |

16

17       **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel,

18 Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender

19 Megan Hopkins, counsel for defendant Ricardo Sanchez, that the status conference scheduled for June

20 24, 2024, be continued to **September 3, 2024, at 9:00 a.m.**

21       Defense counsel requires additional time to complete the review of discovery and investigation.

22 The requested continuance will allow for the time necessary for the defense to conduct its investigation

23 and for the defendant to determine how best to proceed in this case.

24       Accordingly, the parties request that the status conference in this matter be reset for September 3,

25 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh

26 the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is

27 excludable from June 24, 2024 through September 3, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A),

28 (B)(iv) (Local Code T4).

1

Respectfully submitted,

Dated: June 17, 2024                                PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ WHITNEE GOINS
                                                    WHITNEE GOINS
                                                    Assistant United States Attorney


Dated: June 17, 2024                                /s/ MEGAN HOPKINS
                                                    MEGAN HOPKINS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    RICARDO SANCHEZ


# O R D E R

**IT IS HEREBY ORDERED** that the status conference scheduled for June 24, 2024, at 9:00 a.m. is continued to **September 3, 2024, at 9:00 a.m.**  The time period between June 24, 2024 and September 3, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 18, 2024

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2