HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RICARDO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>RICARDO SANCHEZ<br><br>             Defendant. | Case No. 2:23-cr-00319-WBS<br><br>STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME<br><br>Date: September 23, 2024<br>Time: 10:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ricardo Sanchez, that this matter be scheduled for a change of plea hearing on **September 23, 2024, at 10:00 a.m.**

The parties have executed a plea agreement in this case, which the government will provide to the Court in advance of the hearing. The United States Marshal Service requires notice two weeks in advance of a hearing date to ensure transport to court from the detention facility at Taft, where Mr. Sanchez is being housed at this time. A hearing date of September 23, 2024, or thereafter will allow sufficient time for Mr. Sanchez's transport to court, and is mutually agreeable between the parties.

1   The parties further agree that the ends of justice served by setting the change of plea hearing on September 23, 2024, outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable through September 23, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: September 3, 2024  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RICARDO SANCHEZ


PHILLIP A. TALBERT
United States Attorney

Dated: September 3, 2024   */s/ Whitnee Goins*
WHITNEE GOINS
Assistant United States Attorneys
Attorneys for Plaintiff

Stipulation to Set COP Hearing

-2-

## **O R D E R**

**IT IS HEREBY ORDERED** that this matter is scheduled for a change of plea hearing on **September 23, 2024, at 10:00 a.m.** The time period up to and including September 23, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE