HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
RICARDO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO SANCHEZ<br><br>Defendant. | Case No 2:23-cr-00319-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>Date: March 17, 2025<br>Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ricardo Sanchez, that the sentencing hearing in this matter be continued **March 17, 2024, at 9:00 a.m.**

The parties further stipulate that the disclosure schedule be modified as follows to permit additional time for the completion of the presentence report (PSR):

PSR Draft Disclosure due to the parties on 2/3/25

Informal Objections due on 2/17/25

Final PSR due on 2/24/25

Formal Objections due on 3/3/25

Sentencing Memoranda/Replies due on 3/10/25

Mr. Sanchez has provided the probation office with the information requested for the PSR and is awaiting an interview with the probation officer, which will be arranged through the Taft detention facility, over video-teleconference.  The assigned probation officer has advised that there is a backlog within the probation office for both interviews and report writing, which makes it impractical for the officer to conduct an interview with Mr. Sanchez prior to January 2025, and to have a draft report prepared prior to February 2025. The parties have met and conferred regarding a revised PSR schedule that will accommodate the probation officer's schedule and availability, and provide for Mr. Sanchez to participate in a PSR interview to aid in the preparation of the report, and have determined that sentencing on March 17, 2025 is a mutually convenient date which provides sufficient time to revise the PSR schedule as needed.

Given the amount of time built in to the modified schedule, the parties do not anticipate requesting any further continuance of the sentencing hearing. Therefore, it is the request of the parties that the Court grant the requested continuance and modify the disclosure schedule as set forth above.

Dated: December 5, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RICARDO SANCHEZ


PHILLIP A. TALBERT
United States Attorney

Dated: December 5, 2024

 */s/ Whitnee Goins*
WHITNEE GOINS
Assistant United States Attorneys
Attorneys for Plaintiff

*United States v. Sanchez*
 Stipulation to Continue Sentencing Hearing and
 Modify Presentence Schedule

-2-

# **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to **March 17, 2025, at 10:00 a.m.** It is further ordered that the presentence schedule be modified as set forth above.

Dated:  December 5, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

*United States v. Sanchez*
Stipulation to Continue Sentencing Hearing and
Modify Presentence Schedule